UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

**Daniel Davis, 90 El Rocko rd
Junction city,CA,96048
530-784-1255**

FILED
JEANNE A. NAUGHTON, CLERK

OCT 21 2025

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

In Re:
*[Enter the debtor's name(s)]*


**Briardale Farm inc**

Case No.: __21-18792__
*[Enter the case number]*

Chapter: _____
*[Enter the chapter; example: 13]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: **Poslusny** _____
*[Enter the Judge's last name]*

## NOTICE OF MOTION TO

*[Enter the relief sought]* **Compel** _____

*[Enter your name]* _____ has filed papers with the court to *[Enter the relief sought]* ___
**Daniel Davis**
_____ .

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: __11/18/2025__
*[Enter the date of the hearing]*

Hearing Time: __11:00 AM__
*[Enter the time of the hearing]*

Hearing Location: __401 MARKET ST.__
*[Enter the location of the hearing]*
__CAMDEN , NJ__
__08102__

Courtroom Number: __4C__
*[Enter the courtroom number]*

## II.    RESOURCES:

**Clerk's Office Locations and Contact Information:**

U. S. Bankruptcy Court
Clerk's Office
U. S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101
609-361-2300

U. S. Bankruptcy Court
Clerk's Office
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
973-645-4764

U. S. Bankruptcy Court
Clerk's Office
Clarkson S. Fisher U. S. Courthouse
402 East State Street
Trenton, NJ 08608
609-858-9333

**United States Bankruptcy Court, District of New Jersey**: www.njb.uscourts.gov

**Local Rules for the U. S. Bankruptcy Court for the District of New Jersey**:
www.njb.uscourts.gov/local-rules-and-orders

**Pacer** (To view documents in the court's electronic filing system): www.pacer.gov

**Glossary of Legal Terms**: http://www.uscourts.gov/glossary

**Bankruptcy Basics**: http://www.uscourts.gov/services-forms/bankruptcy/bankruptcy-basics

**General Resources**: http://www.njb.uscourts.gov/understanding-bankruptcy/resources

**Register of Governmental Units**: http://www.njb.uscourts.gov/content/register-governmental-units

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   10/20/2025
　　　　*[Enter the date this document is signed]*　　　　Daniel Davis *[Signature of party seeking relief]*