UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

Daniel Davis, 90 El Rocko rd,
Junction city,CA,96048
530-784-1255

FILED
JEANNE A. NAUGHTON, CLERK

OCT 21 2025

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____DEPUTY

In Re:
*[Enter the debtor's name(s)]*

**Briardale Farm inc**

Case No.: 21-18792
*[Enter the case number]*

Chapter: 11
*[Enter the chapter]*

Hearing Date: _____
*[Enter the hearing date]*

Judge: Poslusny
*[Enter the judge's last name]*

CERTIFICATION OF **Daniel Davis**
*[Enter the name of the person that has personal knowledge of the facts set forth below]*

I, *[Enter the name of the person that has personal knowledge of the facts set forth below]*

Daniel Davis _____, *[Enter their relationship to the case. For*

*example: debtor, creditor]* __Purchaser/Buyer_____ in the above captioned case, submits this

Certification in support of the Motion for *[Enter title of motion]* __Compel_____

_____ filed by me on *[Enter the date the motion was*

*filed]* __10/20/2025_____ .

1. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a*

*separate numbered paragraph.]* Over the past 6 months, I have attempted in good faith

To resolve the present issue without court intervention. I have repeatedly requested that the trustee submit my offer for sale/lease

To the court for consideration and approval. Despite these efforts, the trustee has not submitted the proposed sale to the court

nor provided assurance that the matter will be resolved within a necessary timeframe

2. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*  Trustee has decline to submit my offer, sellers Agent citing that they are awaiting Closing from a proposed buyer who has not completed sale in over six months

3. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*  I have communicated  the urgent nature of my offer and the risk to the estate if  action Is not taken. If lease/sale is not approved promptly, the deal will expire within year 2025, resulting in a total loss of its value To the estate

4. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*  I will add attached documents to support communications I stated between sellers Agent, trustee and  Daniel Davis in effort of me, trying to resolve matter

5. *[Enter the facts on which you believe such relief should be granted. Each fact must be set forth in a separate numbered paragraph.]*

I certify under penalty of perjury that the above is true.

Date:  10/20/2025
*[Enter the date this document is signed]*

Daniel Davis
Signature
*[Of the party with actual knowledge of the facts set forth above]*