UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

**Daniel Davis, 90 El Rocko rd,
Junction city, CA,96048
530-784-1255**

In Re:
*[Enter the debtor's name(s)]*

**Briardale Farm inc**

Case No.:      21-18792
              *[Enter the case number]*

Chapter:       11
              *[Enter the chapter; example: 13]*

Hearing Date:
              *[Enter the hearing date]*

Judge:         Poslusny
              *[Enter the Judge's last name]*

FILED
JEANNE A. NAUGHTON, CLERK
OCT 21 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: 10/20/2025
    *[Enter date this document is signed]*

Daniel Davis
Signature *[Of party seeking relief]*