From: Daniel Davis malachi3036@gmail.com
Subject: Attachments to support my statements in motion,
Date: Oct 19, 2025 at 11:36:53 AM
To: TheSilverMan.999@icloud.com

Send this documents along with forms to bankruptcy court

**8:24**  LTE

 89    **7 Messages**

 **Holly Smith Miller**    8/19/25
To: Daniel Davis >

# RE: Property trustee

Please feel free to contact my agent to discuss. Below is his contact information:

Jamie DiOrio
Broker Salesperson
The DiOrio Team at Berkshire Hathaway
Commercial
BHHS Fox & Roach Commercial Division
C: 201-696-5363 | O: 973-992-6363
79 South Livingston Ave

75 South Livingston Ave

Livingston, NJ 07039

james.diorio@foxroach.com

Holly S. Miller

Member

Gellert Seitz Busenkell & Brown, LLC

hsmiller@gsbblaw.com | P: 215-238-0012 | F: 215-238-0016



 8:30  LTE

+1 (201) 696-5363

No wirries

Wed, Aug 20 at 7:12 AM

Invite sent

Wed, Aug 20 at 12:01 PM

I have an invite for a meeting today, i thought the meeting was scheduled for tomorrow

That was my mistake. I corrected it and resent.

Okay

Thu, Aug 21 at 1:18 PM

Hello this is Daniel Davis,,   When was the last time Briardale farm had an appraisal  and how did you guys come up with the price of $9.2 million for the property, is this

price base solely off of the offer
$8.8 from the current offer?

Delivered

That is not a relevant question and I need to communicate from now on through your Realtor



**8:27**  .ıl  **LTE** 

< 89    **7 Messages**    ⌄

# Re: Property trustee

Thank you for the information. I will discuss this with my agent.

Holly S. Miller, Esquire
Gellert Seitz Busenkell & Brown LLC

215-238-0012

---

**From:** Daniel Davis <malachi3036@gmail.com>
**Sent:** Tuesday, August 19, 2025 12:37:01 PM
**To:** Holly Smith Miller <hsmith@gsbblaw.com>
**Subject:** Re: Property trustee

[You don't often get email from malachi3036@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

My buyer agent contacted the property agent and your agent doesn't seem to understand the solar company would have to conduct a due diligence on the property which would be the time frame I will lease the property before I can make the commitment to purchasing the property. New Jersey has state laws that require a field study done on the property.
Sent from my iPhone

> On Aug 19, 2025, at 9:20 AM, Holly Smith Miller <hsmith@gsbblaw.com> wrote:
>



**8:24**    •❙ LTE

‹ 89        **7 Messages**        ⌄

HM    **Holly Smith Miller**        8/19/25
To: Daniel Davis ›

## RE: Property trustee

Please feel free to contact my agent to
discuss. Below is his contact information:

Jamie DiOrio
Broker Salesperson
The DiOrio Team at Berkshire Hathaway

Commercial

BHHS Fox & Roach Commercial Division

C: 201-696-5363 | O: 973-992-6363

79 South Livingston Ave

Livingston, NJ 07039

james.diorio@foxroach.com

Holly S. Miller

Member

Gellert Seitz Busenkell & Brown, LLC

hsmiller@gsbblaw.com | P: 215-238-0012 | F:

215-238-0016

   

Sent from my iPhone