From: **Daniel Davis** malachi3036@gmail.com
Subject: **Attachments send with motion**
Date: **Oct 19, 2025 at 11:43:54 AM**
To: **TheSilverMan.999@icloud.com**

Name: Daniel Davis
Email: Malachi3036@gmail.com
Phone Number 530-784-1255
Date: 10/16/2025
Trustee's Attorney's: William Burnett.     Flaster Greenberg PC

Bankruptcy Case Name and Number Briardale farm inc 21-18792.

Request for Status/Action re: Pending Sale

Dear William Burnett I am writing regarding the above-referenced bankruptcy case and the
pending sale of Briardale Farms Inc., located in Maurice River Township and Atlantic County,
New Jersey.. As you are aware, Daniel Davis has a direct interest in the prompt resolution of
this matter.
It is my understanding that the trustee has not yet presented my position to the judge because
a proposed buyer's has excessively delayed closing.  Unfortunately, more than six months have
elapsed with no successful closing, first buyer's contract is likely void due to the unreasonable
amount of time that has passed and I am concerned that any further delay will cause
significant loss of value to the bankruptcy estate and/or my interests. When a trustee delays a
real estate sale for an unreasonable amount of time, such as six months or more and refuses to
present other qualified offers to the court, it likely constitutes a breach of their fiduciary duty.  I
must also note that the current deal will no longer be available after November 30,2025
Accordingly,  If the sale will not close in time to preserve the deal's value, please advise
whether the trustee intends to proceed with an alternative course of action or present this
matter to the court for resolution. If I do not hear from you by 10/21/2025, I will be forced to
seek relief from the bankruptcy court to protect my interests and those of the estate/ or petition
the court if my offer is not presented promptly.
Thank you for your prompt attention to this matter. I look forward to your response.
Sincerely,
Daniel Davis

Name: Daniel Davis
Email: Malachi3036@gmail.com
Phone Number 530-784-1255
Date: 10/16/2025
Trustee: Holly Smith Miller
Trustee's Attorney's: William Burnett.      Flaster Greenberg PC

Bankruptcy Case Name and Number Briardale farm inc 21-18792.

Request for Status/Action re: Pending Sale

Dear United States trustee program region 3 I am writing regarding the above-referenced
bankruptcy case and the pending sale of Briardale Farms Inc., located in Maurice River
Township and Atlantic County, New Jersey..Daniel Davis has a direct interest in the prompt
resolution of this matter.
It is my understanding that the trustee has not yet presented my position to the judge because
a proposed buyer's has excessively delayed closing.  Unfortunately, more than six months have
elapsed with no successful closing, first buyer's contract is likely void due to the unreasonable
amount of time that has passed and I am concerned that any further delay will cause
significant loss of value to the bankruptcy estate and/or my interests. When a trustee delays a
real estate sale for an unreasonable amount of time, such as six months or more and refuses to
present other qualified offers to the court, it likely constitutes a breach of their fiduciary duty.  I
must also note that the current deal will no longer be available after November 30,2025
Accordingly,  If the sale will not close in time to preserve the deal's value, I will be forced to
seek relief from the bankruptcy court to protect my interests and those of the estate/ or petition
the court if my offer is not presented promptly.
Thank you for your prompt attention to this matter. I look forward to your response.
Sincerely,
Daniel Davis

From: **Daniel Davis** malachi3036@gmail.com
Subject: **Fwd. send this LOi attachment as well**
Date: **Oct 19, 2025 at 4:08:24 PM**
To: **TheSilverMan.999@icloud.com**

Sent from my iPhone

Begin forwarded message:

From: Daniel Davis <malachi3036@gmail.com>
Date: October 12, 2025 at 12:46:01 PM PDT
To: adefazio@corcoranss.com
Subject: Briardale LOI

LETTER OF INTENT
(Lease Option to Purchase Land – Maurice River Township & Atlantic County, New Jersey)
Date: October 12, 2025
We are pleased to submit this Letter of Intent ("LOI") in connection with a proposed Lease Option to Purchase certain real property owned by Briardale Farms Inc., located in Maurice River Township and Atlantic County, New Jersey.

The terms contained herein are not comprehensive and are subject to the negotiation and execution of a more detailed and binding Ground Lease Agreement (the "Formal Agreement"). Additional terms such as insurance coverage, warranties, and representations will be incorporated into the Formal Agreement.
1. TENANT
The Tenant shall be Daniel Davis and Philip Yoder.
2. PREMISES
The premises that are the subject of this Letter of Intent are identified as the following parcels in Maurice River Township and Atlantic County, New Jersey:

• Block 117, Lot 4 and Lot 4.01, Maurice River Township, NJ
• Block 117, Lot 4.02, Maurice River Township, NJ
• Block 118, Lots 3 and 7

(Tax Map Reference: N.J.S.A. 46:15–1.1)
3. USE OF PREMISES
Landlord acknowledges and agrees that Tenant intends to install and operate a

ground-mounted photovoltaic generating facility and/or a battery storage facility (collectively, the "Solar Operations").

Tenant shall also have the right to sublease the Premises to qualified solar developers for purposes consistent with this intended use.

## 4. INITIAL DUE DILIGENCE PERIOD

Tenant shall have twelve (12) months from the Effective Date to inspect the Premises and determine suitability for the Solar Operations. Tenant may extend the Due Diligence Period for up to six (6) additional twelve (12)-month periods by providing written notice to Landlord

## 5. OPTION PAYMENT

Within forty (40) business days following full execution of the Formal Agreement, Tenant shall pay Landlord an Option Payment as follows:

- Year 1: $250,000
- Years 2–6: $300,000 per 12-month period

All payments shall be made by check to the Landlord's mailing address referenced in Section 2. The Option Payments shall be credited toward the purchase price in the event Tenant exercises its purchase option.

## 6. TESTING

During the Due Diligence Period, Tenant shall have full access to the Property and may, at Tenant's sole cost, conduct any surveys, inspections, or testing deemed necessary, including environmental, biological, cultural, historical, boundary, or geotechnical studies. Tenant's activities shall not unreasonably interfere with any ongoing agricultural activities on the Premises.

Tenant shall indemnify and hold Landlord harmless from any claims arising from Tenant's testing activities, except to the extent caused by Landlord's negligence or willful misconduct.

## 7. TAXES

Tenant shall pay all taxes attributable to improvements made on the Property.

## 8. ROLLBACK TAXES

If Tenant's use of the Premises causes the loss of its "Agricultural Land" classification, and such change results in rollback taxes or penalties, Tenant shall reimburse Landlord for those taxes or charges.

9. COMMITMENT

Landlord and Tenant agree to act in good faith to negotiate and complete the Formal Agreement consistent with the terms set forth herein.

10. PURCHASE OPTION

The Formal Agreement shall include an option for Tenant to purchase the Premises at a total purchase price of $9,400,000, with the specific terms and payment schedule to be mutually agreed upon during the Due Diligence Period.

11. CONFIDENTIALITY AND EXCLUSIVE OPPORTUNITY

All negotiations regarding this LOI and the Formal Agreement shall remain confidential and shall not be disclosed to any third party other than the respective advisors or internal representatives of each party. For a period of twelve (12) months following execution of this LOI, Landlord shall not offer the Premises for lease or sale to any other party.

NON-BINDING EFFECT

This Letter of Intent reflects the parties' mutual understanding of key terms for discussion purposes only. Except for the provisions relating to confidentiality and exclusivity, this LOI does not create any legally binding obligations on either party unless and until the Formal Agreement is executed.

Landlord:
Name: _____
Signature: _____
Date: _____

Tenant:
Name: _____
Signature: _____
Date: _____
Sent from my iPhone

*PRESS FIRMLY TO SEAL*          *PRESS FIRMLY TO SEAL*

**Retail**

| UNITED STATES POSTAL SERVICE | 08101 | U.S. POSTAGE PAID PME |
|---|---|---|
| RDC 07 | **$33.40** | S2324P505862-70 |

# UNITED STATES POSTAL SERVICE.

# PRIORITY MAIL EXPRESS

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

---

**UNITED STATES POSTAL SERVICE.** | **PRIORITY MAIL EXPRESS®**

ER 164 247 340 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)          PHONE ( )

Philip Yoder
5 Progress Drive
Newmanstown, PA. 17073

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
    *Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)          PHONE ( )

US Bankruptcy Court
Clerks office
401 Market Street
Camden. NJ. 08101

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⇦ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
| 17073 | 10-21 | $ 33.40 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 10-20 | ☐ 6:00 PM | $ | $ |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 9:24 ☒ AM ☐ PM | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | 33.40 | |
| Weight | ☒ Flat Rate | Acceptance Employee Initials | |
| lbs. ozs. | | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature | |
|---|---|---|---|
| | ☐ AM ☐ PM | | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature | |
| | ☐ AM ☐ PM | | |

LABEL 11-B, NOVEMBER 2023          PSN 7690-02-000-9996

## INSTRUCTIONS FOR PREPARING A MOTION

### I. General Instructions

a. The information in this document and the prompts contained in the attached motion package are not legal advice and are not a substitute for legal advice.

b. A motion is a formal request for relief from the court. These instructions and the prompts contained in the documents will help you prepare the motion. A "motion package" typically consists of four documents: 1) a Notice of Motion; 2) a Certification in Support of the Motion, including any Exhibits; 4) a Certification of Service; and 3) a proposed Order. (Some motions require the filing of a brief or memorandum of law where the litigant provides legal arguments setting forth why they believe they are entitled to the relief sought.). See Local Rule 9013-1 and 9013-3.

c. When you submit your motion to the Clerk's Office, you must provide 1 original set of documents and 1 copy.

    i. If you file the motion in person at the clerk's office, the copy will be given back to you marked "Filed."

    ii. If you mail the motion to the Clerk's Office, you must include a self-addressed, stamped envelope for the return of your filed Motion.

d. You may be required to pay a fee at the time of the filing of the motion. For a list of motions that require the payment of a fee, see the court's web site, www.njb.uscourts.gov/court-info/court-fees.

    i. If you are required to pay a fee, payment must be paid via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check, money order, or through the court's online payment system for non court efilers at www.njb.uscourts.gov. Registered efilers may make payment through the electronic filing system.

e. You do not have to appear in court on the hearing date unless someone objects or responds to your motion. If a party objects or files a response and you do not appear at the hearing your motion may be denied. See Local Rule 9013-3.

f. Complete the blank forms in this package by following the prompts.

g. Hearing date: Each judge's hearing dates are available on the court's web site: http://www.njb.uscourts.gov/judges-info/hearing-dates. Generally, hearings on motions must be scheduled for at least 21 days after the date the motion is filed. Some motions must be scheduled for up to 30 days after the filed date of the motion. Each judge has guidelines regarding hearing dates on their web page. Paying attention to the guidelines will ensure that your motion is heard timely. See Local Rule 9013-2.

h. Signatures: All documents must be signed and dated.

i. After the hearing on your motion, you will receive a copy of the order the judge signed in the mail (if you are the debtor, or debtor's attorney). If you are not the debtor or debtor's attorney, you will receive a notice in the mail that indicates an order has been entered. You may view and download a copy of the Order at www.pacer.gov. You may also view and print the order from the public access terminals in each clerk's office. There is a 10 cents per page fee for printing documents from the public terminals.

**NOTE:** If you do not have internet access, you may contact the clerk's office concerning filing fees and hearing dates. Please contact the office where the case in which you wish to file your motion is pending.

## II. TERMS RELATED TO YOUR MOTION:

**Motion:** A formal request for relief filed with a court.

**Notice of Motion:** A "notice" to interested parties indicating that a request for relief has been filed. The Notice informs other litigants that if they object to the relief sought they must file an objection or response to the motion; it also includes the time within which the objection/response must be filed. The notice sets forth the hearing date, time and location.

**Certification in Support of Motion:** The Certification contains the facts that the filer believes the court needs to know to grant the motion. The Certification must be completed by someone with "personal knowledge" of the facts.

**Service:** The act of providing a copy of the filed stamped motion package to all parties who may have an interest in outcome of the motion. See Local Rule 9013-2.

**Certification of Service:** The filer must set forth in the Certification of Service the name and address of each party served, their relationship to the case, and the manner in which they were served. The Certification must be signed by the person who served the documents. See Local Rule 9013-2.

**Proposed Order:** The proposed order contains the relief the filer seeks. The judge will decide at the hearing whether to grant the filer's request for relief. If the relief is granted, the judge will sign the proposed order. See Local Rule 9013-4.