UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

**Daniel Davis**
**90 El Rocko rd**
**Junction city, CA,96048**
**530-784-1255**

In Re:
*[Enter the debtor's name(s)]*

Briardale Farm inc

FILED
JEANNE A. NAUGHTON, CLERK

OCT 21 2025

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

Case No.:     21-18792
*[Enter the case number]*

Chapter:      11
*[Enter the chapter of the case]*

Hearing Date:
*[Enter the hearing date]*

Judge:        Poslusny
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I,   Daniel Davis                          :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☐ am the  Buyers/purchaser          in this case and am representing myself.

2. On *[Enter the date you served the documents]* _____, I sent a copy of the

   following pleadings and/or documents to the parties listed in the chart below.

   *[Place a check next to each document you served]*

   ☐ Notice of Motion *[Enter title of motion]* _____

   ☐ Certification in Support of Motion *[Enter title of motion]* _____

☐ Statement as to Why No Brief is Necessary

☐ Proposed Order Granting Motion *[Enter title of motion]* _____

_____

☐ Other *[Enter title of document]* _____

_____

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    10/20/2025
         *[Enter the date you signed this document]*         ~~Daniel Davis~~
                                                             Signature *[of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br><br>Holly smith miller<br>Gellert Scali Busenkell & Brown LLC<br>8 Penn Center<br>Suite 1901 | *[Enter the party's relationship to the case]*<br><br>**Trustee** | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☑ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>William J Burnett<br>Flaster/Greenberg P.C.<br>1717 Arch Street<br>Suite 3300 | *[Enter the party's relationship to the case]*<br><br>**Trustee Attorney** | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☑ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Jamie Diorio<br>79 S Livingston ave,<br>Livingston,NJ,07039 | *[Enter the party's relationship to the case]*<br><br>**Sellers Agent** | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☑ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |