**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FLASTER/GREENBERG P.C.**
William J. Burnett, Esquire
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(215) 279-9383
william.burnett@flastergreenberg.com

*Counsel for Plan Administrator*

Order Filed on December 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRIARDALE FARMS, INC.,

               Debtor.

21-18792-JNP
(Jointly Administered)

Judge:    Jerrold N. Poslusny, Jr.
Chapter:  11

## ORDER DENYING MOTION TO COMPEL TRUSTEE TO SUBMIT OFFER FOR SALE

    The relief set forth on the following page two (2) is **ORDERED**.

**DATED: December 3, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

11034943 v1

#12096109v1<Active> - PFO - Briardale Order Denying Davis Motion

Page 2
Briardale Farms, Inc.
Case No. 21-18792-JNP
**Order Denying Motion to Compel Trustee to Submit Offer for Sale**

This matter having come before the Court upon the Motion of Daniel Davis to Compel

Trustee to Submit Offer for Sale (the "Motion"), in the above-captioned proceeding, and the Court

having found that it is in the best interest of the estates, and for good cause shown, it is hereby

ORDERED that:

1.      The Motion is hereby DENIED for reasons stated on the record at the hearing on

November 18, 2025.

11034943 v1

#12096109v1<Active> - PFO - Briardale Order Denying Davis Motion

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 21-18792-JNP

Briardale Farms, Inc.                                                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Briardale Farms, Inc., 81 Cumberland Avenue, Estell Manor, NJ 08319-1717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Damien Nicholas Tancredi | on behalf of Debtor Briardale Farms  Inc. damien.tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com;krystall.hasker@flastergreenberg.com |
| Daniel Carbone | on behalf of Creditor Lawrence Imbesi dcarbone@bathweg.com |
| Daniel Carbone | on behalf of Creditor Antonia Imbesi Rotelle dcarbone@bathweg.com |
| Daniel Carbone | on behalf of Creditor Patricia Imbesi dcarbone@bathweg.com |
| Dominic J. Aprile | on behalf of Creditor Antonia Imbesi Rotelle daprile@bathweg.com |
| Dominic J. Aprile | |

District/off: 0312-1                     User: admin                                           Page 2 of 2

Date Rcvd: Dec 03, 2025                  Form ID: pdf903                                        Total Noticed: 1

                                on behalf of Creditor Patricia Imbesi daprile@bathweg.com

Dominic J. Aprile
                                on behalf of Creditor Lawrence Imbesi daprile@bathweg.com

Faheem Mahmooth
                                on behalf of Creditor Pension Benefit Guaranty Corporation mahmooth.faheem@pbgc.gov

Holly Smith Miller
                                on behalf of Trustee Holly Smith Miller hsmiller@gsbblaw.com

Holly Smith Miller
                                hsmiller@gsbblaw.com

Jeffrey M. Sponder
                                on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Michael Baird
                                on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov

Timothy P. Neumann
                                on behalf of Creditor Patricia Imbesi timothy.neumann25@gmail.com
                                btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.
                                com

Timothy P. Neumann
                                on behalf of Creditor Antonia Imbesi Rotelle timothy.neumann25@gmail.com
                                btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.
                                com

Timothy P. Neumann
                                on behalf of Creditor Lawrence Imbesi timothy.neumann25@gmail.com
                                btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.
                                com

U.S. Trustee
                                USTPRegion03.NE.ECF@usdoj.gov

William J. Burnett
                                on behalf of Trustee Holly Smith Miller william.burnett@flastergreenberg.com
                                william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

William J. Burnett
                                on behalf of Debtor Briardale Farms  Inc. william.burnett@flastergreenberg.com,
                                william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com


TOTAL: 18